IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-HC-2022-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| EDWARD CHARLES ROBINSON, | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's motion to stay (DE 5) the instant civil commitment action pending a finding from the United States District Court for the Eastern District of Washington regarding respondent's competency to proceed in his pending criminal case. Respondent did not respond to the motion within the time allotted by the court. The motion to stay (DE 5) is GRANTED for the reasons set forth therein. All deadlines for evaluations and other case activities are held in abeyance pending resolution of the competency proceedings in the Eastern District of Washington. Petitioner is DIRECTED to file notice regarding the competency determination within **three days** of the Eastern District of Washington's decision.

SO ORDERED, this the 20th day of March, 2023.

LOUISE W. FLANAGAN
United States District Judge